**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**PRESTON LEWIS,**

**Plaintiff,**

**v.** **Case No. 3:25cv947-MCR-HTC**

**OFFICER COTTON, et al.,**

**Defendants.**
______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation on April 13, 2026. ECF No. 32. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

After a careful de novo review of the Report and Recommendation, the objection, and the record, including the dash and body camera videos of the traffic stop, the undersigned agrees with the Magistrate Judge's findings and conclusions of law and thus the Report and Recommendation will be adopted.[1]

[1] The Court finds that the traffic stop was not prolonged for purposes of the canine sniff, and Plaintiff acknowledges as much in his Second Amended Complaint. *See* ECF No. 10 at 7-9 ("Defendant PPD Officer Cotton obtained Plaintiff's name and DOB returned to his patrol car, to conduct a records check. The mission of the traffic stop was nearing complet[ion]. Deputy Sergeant Parsons and Officer Dufour [then] arrived. . . . With Plaintiff secured in a patrol car, Defendant Parsons conducted a K-9 sniff."). The Court also notes that Officer Cotton wrote several citations.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 32, is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss, ECF No. 22, is GRANTED.

3. This case is DISMISSED with prejudice.

4. The clerk shall close the file.

**DONE AND ORDERED** this 16th day of September, 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**